# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS,<br><br>    Plaintiff,<br>    v.<br><br>FNU SHUMATE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.  1:11-cv-00747-AWI-GBC (PC)<br><br>ORDER DENYING MOTION FOR PAYMENT PLAN<br><br>(ECF No. 5) |

Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on May 10, 2011. (ECF No. 1.) On June 7, 2011, Plaintiff filed a motion seeking an order permitting him to pay off the filing fee in each of his five civil cases one case at a time.

The in forma pauperis statute controls the deduction of the filing fee from Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). Accordingly, Plaintiff's Motion for the Court to intervene in the payment of the filing fee and order a different procedure to be implemented is HEREBY DENIED.

IT IS SO ORDERED.

Dated:    June 14, 2011

UNITED STATES MAGISTRATE JUDGE